945 F.2d 395
 Maio (Carl Anthony), Macaniff (Thomas), Jordan- Barthmaier
Assoc., Cardozo (Peter), Eastburn(William, III),
Sloan (Lawrence)
v.
Advanced Filtration Systems, Ltd., Madeline C.M. Barnard,
Inc., Barnard (Madeline), Estate of Mark (Barnard, Jr.),
Intl. Water Sav. Sys., Inc., Control Fluidics Inc., Heinze
(Walter), Biller (R.L.), Steele (John), Kennedy and Lehan,
Touche Ross & Co., Niessen, Dunlop & Pritchard, Earnst &
Whitney, Renneisen, Renneisen & Redfield, Inc., Heinze (Louise)
 NO. 91-1268
 United States Court of Appeals,
Third Circuit.
 SEP 12, 1991
 
 Appeal From: E.D.Pa.,
 Pollak, J.
 
 
 1
 AFFIRMED.